EDMUND J. ROBBINS, Respondent, v. JOHN L. ABREW and Others, Defendants, and BARNEY DAVIS and REBE DAVIS, Appellants.— In an action to determine the title to certain real property which plaintiff claims by virtue of a tax deed, and which the -defendants-appellants dispute, claiming title under a prior tax deed, interlocutory judgment and final judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

SAUL J. SENTER, Appellant, v. MITSUBISHI SHOJI KAISHA, LTD., Respondent.— Action to recover damages arising from the failure of defendant, the seller, to make delivery of certain shipments of iron fittings. Order denying plaintiff's motion for summary judgment and granting · defendant's cross-motion for the same relief, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

MAX SILBERSTEIN and Others, as Executors of the Last Will and Testament of MEYER SILBERSTEIN, Deceased, Respondents, v. OSWALD ROOKES and CATHERINE ROOKES, His Wife, and CATHERINE ROOKES O'BRIEN REALTY CORP., Appellants, and E. & J. O'BRIEN REALTY CORPORATION and Others, Defendants.— In an action to foreclose a mortgage, orders denying motions to set aside the service of summons and complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.

RACHEL STACHEL, Appellant, v. MORRIS KAPLAN and Another, Respondents.— Plaintiff, a tenant in a multiple dwelling, sued to recover damages for personal injuries alleged to have been sustained when she attempted to escape from her bedroom, which was filled with steam as the result of a defective pipe or valve. Judgment for defendants unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.

FRANK G. TUSA, Respondent, v. HELEN E. TUSA, Appellant.— Interlocutory judgment granting plaintiff an absolute divorce and dismissing defendant's counterclaim for a separation on the grounds of cruelty and abandonment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.

EVA WAGNER, Respondent, v. ADOLF HARKE and EDWARD ZINN, Appellants, and Another, Defendant.— Order directing that the question of a deficiency judgment be referred to an official referee affirmed, in so far as an appeal is taken therefrom, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.

THE YONKERS NATIONAL BANK AND TRUST COMPANY, Respondent, v. HORACE M. GRAY, Appellant, and Others, Defendants.— Order entered March 18, 1936, vacating the judgment entered November 19, 1935, and the satisfaction thereof, and permitting plaintiff to proceed with the action, affirmed, with ten dollars costs and disbursements. No opinion. Appeal from order entered April 4, 1936, dismissed. This is a default order and, therefore, not appealable. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.